JUNE 26, 2000

No. 99–935. CHANDLER, FATHER AND NEXT FRIEND OF CHANDLER *v.* SIEGELMAN, GOVERNOR OF ALABAMA AND PRESIDENT OF THE STATE BOARD OF EDUCATION, ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded

for further consideration in light of *Santa Fe Independent School Dist.* v. *Doe, ante*, p. 290.